UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE LASTER, JR., | No. 2:25-cv-01172-TLN-CKD |
| Petitioner, | |
| v. | **ORDER** |
| MATTHEW P. BEAVERS, | |
| Respondent. | |

Petitioner Levi Dale Laster, Jr. ("Petitioner"), an inmate at the Butte County Jail proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2025, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are adopted in full.

2. The petition for writ of habeas corpus is dismissed without prejudice.

3. The motion to proceed in forma pauperis (ECF No. 10) is DENIED as moot.

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2